UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRYANT KENNETH JAMES YOCOM,**

    **Plaintiff,**

-vs-                                          Case No. 6:05-cv-590-Orl-28DAB

**RACHAEL LEIGH YOCOM,**

    **Defendant.**

_____

## ORDER

This case is before the Court on Amended Motion for Attorney's Fees (Doc. No. 28) filed September 9, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 29, 2005 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion for Attorney's Fees (Doc. No. 28) is **DENIED**.

DONE and ORDERED in Chambers, Orlando, Florida this ___17___ day of October, 2005.

                                                      JOHN ANTOON II
                                                     United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party